FILED

2013 FEB -6  P 2:48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13 No. 00076 |
| Plaintiff, | |
| v. | **ORDER SEALING INDICTMENT AND ARREST WARRANTS** |
| LENNIE LUAN LE, et al, | |
| Defendants. | |

Based on the motion of the Government, the further investigation contemplated by the Federal Bureau of Investigation, and the fact that the defendants are out of custody and unaware of the pending indictment and arrest warrants, it is hereby ordered that the indictment and arrest warrants in the above-entitled case be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: 2·6·13

PAUL S. GREWAL
United States Magistrate Judge
Northern District of California