**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   No. CR 13 - 00076 RMW

   Plaintiff,

v.   **ORDER - CJA CONTRIBUTIONS DUE**

Que Hong Nguyen

   Defendant.
_____/

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

[X]   THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 100 — PER MONTH, until the case is concluded or until further order of the Court, commencing:

   [X] That certain date of 12/1/13 and the SAME DAY each month thereafter;

   [X] MAIL TO:   Clerk, U.S. District Court
   280 South First Street, Room 2112
   San Jose, CA 95113-3095

[ ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

   [ ] MAIL TO:   Clerk, U.S. District Court
   280 South First Street, Room 2112
   San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 11/21/13

_____
Howard R. Lloyd, U.S. Magistrate Judge