UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 11, 2016      **Time:** 10:10-10:45, 10:55-11:30 A.M. (1 hr. 10 Mins.)      **Judge:** RONALD M. WHYTE

**Case No.:** 13-cr-00076-RMW-6      **Case Name:** UNITED STATES v. Que Hong Nguyen(P)

**Attorney for Plaintiff:** Richard Cheng (AUSA)
**Attorney for Defendant:** Varell Fuller (AFPD)

**Deputy Clerk:** Adriana Kratzmann      **Court Reporter:** Irene Rodriguez
**Interpreter:** N/A      **Probation Officer:** Benjamin Flores

## PROCEEDINGS

**SENTENCING**

Defendant present and out of custody. Hearing held.
The Court sentenced the defendant as to Count 2 of the Indictment as follows:
Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months.
Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years with the specified special conditions of release and standard conditions – see judgment.
It is further ordered defendant shall pay to the U.S. a special assessment fee of $100, which shall be due immediately.
The Court ordered the fine WAIVED.
The Court ordered the defendant to self-surrender on 7/12/2016 by 2 pm to the designated facility OR if not designated then to the U.S. Marshal's Office.
The Government made an oral motion to dismiss Ct. 1 of the Indictment as to this defendant. The Court granted the motion and ordered Ct. 1 of the Indictment dismissed as to this defendant.
See judgment for specifics.

Adriana M. Kratzmann
Courtroom Deputy for the
Hon. Ronald M. Whyte