1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

   UNITED STATES OF AMERICA,        )   CR-13-00076 RMW
6                                    )
                 PLAINTIFF,          )   SAN JOSE, CALIFORNIA
7                                    )
             VS.                     )   JUNE 23, 2014
8                                    )
   LENNIE LUAN LE, ET AL,            )   PAGES 1-6
9                                    )
                 DEFENDANTS.         )
10  _____ )

11

12              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE RONALD M. WHYTE
13              UNITED STATES DISTRICT JUDGE

14

15  A P P E A R A N C E S:

16  FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                           BY:  RICHARD C. CHENG
17                         450 GOLDEN GATE AVENUE, BOX 36055
                           SAN FRANCISCO, CALIFORNIA  94102

18

19  FOR DEFENDANT LE:      LAW OFFICES OF MORALES & LEANOS
                           BY:  ALFREDO M. MORALES
20                         75 EAST SANTA CLARA STREET, SUITE 250
                           SAN JOSE, CALIFORNIA  95113

21              APPEARANCES CONTINUED ON NEXT PAGE

22

23  OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595

24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

1        APPEARANCES (CONTINUED)

2        FOR DEFENDANT TRAN:     LAW OFFICES OF BENJAMIN W. WILLIAMS
                                 BY:  BENJAMIN W. WILLIAMS
3                                111 NORTH MARKET STREET, SUITE 300
                                 SAN JOSE, CALIFORNIA   95113
4
         FOR DEFENDANT TO:       FRANK BELL, A LAW CORPORATION
5                                BY:  FRANK BELL
                                 333 BRADFORD STREET, SUITE 270
6                                REDWOOD CITY, CALIFORNIA   94063

7        FOR DEFENDANT           FEDERAL PUBLIC DEFENDER'S OFFICE
         QUE NGUYEN:             BY:  CYNTHIA C. LIE
8                                55 SOUTH MARKET STREET, SUITE 820
                                 SAN JOSE, CALIFORNIA   95113
9
         FOR DEFENDANT           LAW OFFICES OF MICHAEL HINCKLEY
10       TU NGUYEN:              BY:  MICHAEL HINCKLEY
                                 803 HEARST AVENUE
11                               BERKELEY, CALIFORNIA   94710

12       FOR DEFENDANT TU:       LAW OFFICES OF VAN T. LY
                                 BY:  VAN T. LY
13                               1198 SOUTH VAN NESS AVENUE
                                 SAN FRANCISCO, CALIFORNIA   94140
14
         FOR DEFENDANT DIEP      ARNOLD LAW FIRM
15       AND SPECIALLY           BY:  MARK A. ARNOLD
         APPEARING FOR           45 EAST JULIAN STREET
16       DEFENDANT DINH:         SAN JOSE, CALIFORNIA   95112

17

18

19

20

21

22

23

24

25

1    SAN JOSE, CALIFORNIA                    JUNE 23, 2014

2               P R O C E E D I N G S

3        (COURT CONVENED AT 9:07 A.M.)

4            THE CLERK:  CALLING CASE CR-13-76, U.S.A. VERSUS

5    LENNIE LE, QUOC TRAN, TU NGUYEN, DUNG DINH, QUE NGUYEN,

6    JOHNNY TO, MINDY TU, AND NGAN DIEP, ALL ON FOR STATUS.

7            MR. CHENG:  GOOD MORNING, YOUR HONOR.

8        RICHARD CHENG ON BEHALF OF THE UNITED STATES.

9            MS. LIE:  GOOD MORNING YOUR HONOR.

10       CYNTHIA LIE FOR QUE NGUYEN.  SHE'S PRESENT OUT OF CUSTODY

11   IN THE BACK.

12           MR. MORALES:  GOOD MORNING.

13       ALFREDO MORALES ON BEHALF OF LENNIE LUAN, WHO IS PRESENT

14   IN CUSTODY.

15           MR. HINCKLEY:  YOUR HONOR, MIKE HINCKLEY FOR

16   TU NGUYEN, WHO IS PRESENT OUT OF CUSTODY.

17           MS. LY:  VAN LY FOR MINDY TU.

18           MR. WILLIAMS:  BEN WILLIAMS FOR QUOC TRAN.  HE

19   APPEARS BEFORE THE COURT IN CUSTODY.

20           MR. BELL:  FRANK BELL ON BEHALF OF MR. TO.  HE IS

21   PRESENT OUT OF CUSTODY.

22           MR. ARNOLD:  YOUR HONOR, GOOD MORNING.  THANK YOU.

23       I'M MARK ARNOLD ON BEHALF OF DUNG DINH, AND I'LL APPEAR

24   SPECIALLY FOR PHIL SCHNAYERSON ON HIS BEHALF.

25       AND I'M ALSO APPEARING FOR MY CLIENT, NGAN DIEP.  I ASK

1    HER PRESENCE BE EXCUSED.  SHE'S STILL RECOVERING FROM HER

2    SEVERE INJURIES DUE TO A FIRE.

3            THE COURT:  ALL RIGHT.  IS THAT EVERYBODY AS FAR AS

4    YOU CAN TELL, MR. CHENG?

5            MR. CHENG:  YES.

6            THE COURT:  OKAY.  WHAT'S THE STATUS?

7            MR. CHENG:  DISCOVERY HAS BEEN PREVIOUSLY PROVIDED.

8    MY UNDERSTANDING, IN CONSULTATION WITH A.U.S.A. JOHN GLANG, AS

9    WELL AS MS. LIE, IS THAT THERE ARE A NUMBER OF DISKS THAT WERE

10   EITHER UNREADABLE OR UNINTELLIGIBLE.

11       WE HAVE COMPLETED OUR REVIEW OF COPIES THAT WE HAVE, OF

12   WHICH COPIES WERE MADE PREVIOUSLY AND GIVEN TO MS. LIE FOR

13   DISTRIBUTION, AND I WOULD ASSUME FOR REVIEW BY THE DEFENSE

14   COUNSEL.

15       THAT IS ABOUT TO BE COMPLETED WITH A NEW SET, A SMALLER

16   SUBSET OF WHAT HAS BEEN GIVEN OUT BEFORE.  WE HAVE VERIFIED

17   THAT THOSE ARE READABLE AND INTELLIGIBLE AND THOSE WILL BE

18   GIVEN OUT PROBABLY BY THE END OF THIS WEEK.

19           THE COURT:  OKAY.  SO WHAT'S YOUR SUGGESTION?

20           MR. CHENG:  WELL, MY SUGGESTION IS, AND I'LL DEFER TO

21   DEFENSE COUNSEL ON SOME OF THIS, BUT MY SUGGESTION IS THEY'LL

22   PROBABLY REQUIRE MORE TIME TO GET THAT NEW INFORMATION

23   DISSEMINATED AND REVIEWED IN APPROXIMATELY TWO TO THREE MONTHS,

24   I SUPPOSE, AND COME BACK.  THERE ARE INDIVIDUALS THAT HAVE SOME

25   UNIQUE NEEDS AND REQUESTS OF THE COURT, AND PROBABLY THE

```
 1        MAGISTRATE COURT DURING THAT INTERIM.

 2             THE COURT:  ALL RIGHT.

 3        MS. LIE?

 4             MS. LIE:  FOR MS. NGUYEN, I WOULD TEND TO AGREE WITH

 5   THAT.

 6        THERE IS A SIGNIFICANT VOLUME OF DISCOVERY, BOTH AUDIO AND

 7   OTHER MEDIA, IN THIS CASE.  THERE ARE LANGUAGE ISSUES AS WELL

 8   RELATING TO SOME OF THAT DISCOVERY, AND SO I THINK THAT TWO TO

 9   THREE MONTHS WOULD BE APPROPRIATE.

10             THE COURT:  ANYBODY DISAGREE WITH THAT?

11             MR. BELL:  NO.

12             THE COURT:  OKAY.  ANYBODY HAVE ANY OTHER REQUESTS

13   THAT NEED TO BE HEARD AT THIS TIME?

14        OKAY.  LET'S PICK A DATE TWO TO THREE MONTHS OUT.

15             THE CLERK:  AUGUST 25TH.

16             MR. CHENG:  THERE'S NO OBJECTION BY THE GOVERNMENT.

17             MR. BELL:  I HAVE ANOTHER MATTER THAT DAY, THAT

18   MORNING AT 9:00.

19        I'LL -- THAT WOULD BE FINE WITH ME.  I'LL HAVE SOMEBODY

20   APPEAR FOR ME.

21             THE COURT:  ALL RIGHT.  WE'LL SEE YOU ALL ON

22   AUGUST 25TH.  I'LL EXCLUDE TIME ON THE BASIS IT'S NEEDED FOR

23   EFFECTIVE DEFENSE PREPARATION AND FIND THAT THE INTERESTS OF

24   JUSTICE OUTWEIGH THE NEED OF THE DEFENSE OR THE PUBLIC IN A

25   TRIAL DATE EARLIER THAN WE'LL NOW BE ABLE TO SET.
```

1        AND MR. CHENG, WILL YOU PREPARE THE ORDER?

2            MR. CHENG:  YES, YOUR HONOR.

3            THE COURT:  OKAY.  THANK YOU.

4            MR. MORALES:  THANK YOU, YOUR HONOR.

5            MR. BELL:  THANK YOU, YOUR HONOR.

6            MS. LIE:  THANK YOU, YOUR HONOR.

7        (THE PROCEEDINGS WERE CONCLUDED AT 9:12 A.M.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
17    CERTIFICATE NUMBER 9595

18    DATED:  AUGUST 31, 2016

19

20

21

22

23

24

25